# United States District Court
## Violation Notice (Rev.1/2019)

| Location Code | Violation Number | Officer Name | Officer No. |
|---|---|---|---|
| A51 | FDVI00DB | Roper | 2331 |

**26-6021 MJ**

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged | ☐ CFR  ☐ USC  ☐ STATE CODE |
|---|---|---|
| 01/11/2026 02:49 | FED 36CFR261.3A | |

Place of Offense: Lower Sycamore Wash

Offense Description: Factual Basis for Charge — Resist or interfere with forest officer       HAZMAT ☐

### DEFENDANT INFORMATION     Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| Mckisson | Alex | Charles |

Street Address: [redacted]

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Buckeye | AZ | 85326 | [redacted] 2004 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| [redacted] | | AZ | |

☒ Adult ☐ Juvenile    Sex ☒ M ☐ F

| Hair | Eyes | Height | Weight |
|---|---|---|---|
| Brown | Brown | 5' 2" | 115 |

### VEHICLE     VIN:                                                CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

Forfeiture Amount
Processing Fee

**PAY THIS AMOUNT AT www.cvb.uscourts.gov** → Total Collateral Due

## YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____
Officer's Copy (Pink)

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **01/11/2026** while exercising my duties as a law enforcement officer in the _____ District of **AZ**

Pursuant to 16USC 551: I USDA Forest Service Law Enforcement Officer (LEO) Roper was on uniformed patrol with LEO Swann in a marked patrol vehicle within the jurisdiction of the Tonto National Forest.

While working in Lower Sycamore Canyon I heard gunfire coming from Sycamore Wash while there were hundreds of people recreating there for a special event. Following the sound of gunfire I drove up a hill near the entrance of Forest Road 403 where I observed a male (later identified by AZ DL as Alex MCKISSON) aiming an AR-15 style rifle at the hill in front of him. This shooting appeared to be reckless and dangerous given the hundreds of people in the surrounding area including approximately 20 people and 6 vehicles within 50 feet of him the OHV paths directly surrounding the area where he was shooting and the hidden trash and rocks that can cause unexpected ricochets.

Upon arrival I quickly exited my vehicle with emergency lights activated. MCKISSON immediately walked away from LEO Swann and I and walked towards the nearby group of 20 people with his rifle slung in front of him. I ordered MCKISSON to stop and aimed my pistol at him. MCKISSON then began to run towards the crowd actively resisting our commands. MCKISSON then ran through the crowd placing innocent forest users between himself and the pursuing police effectively using them as ballistic cover. As I chased MCKISSON through the crowd I observed him with his hands still on his slung rifle and he turned from facing away from me and began to turn towards me. At this time I grabbed his backpack and attempted to bring him to the ground. Instead MCKISSON shed his backpack and took off his rifle and threw it by the car then he again took off running back through the crowd and up a hill. I continued to chase MCKISSON with my gun drawn announcing myself as the "police" and ordering him to stop. When MCKISSON ran behind a cluster of vegetation and out of site I discontinued my foot pursuit for safety reasons.

MCKISSON eventually surrendered himself and he was placed under arrest. During the arrest process MCKISSON continued his threatening and resistant behavior and general interference. MCKISSON took a studder step while having his handcuffs moved from behind his back to in front of him as if baiting officers to react to him like he was going to flee again. MCKISSON also failed to provide administrative booking information such as his phone number and his place of birth.

MCKISSON was arrested for violating 36 CFR 261.3 (a) Threatening resisting intimidating or interfering with any forest officer engaged in or on account of the performance of his official duties in the protection improvement or administration of the National Forest System is prohibited.

MCKISSON was also charged with 36 CFR 261.4 (b) disorderly conduct and 36 CFR 261.10 (d) unsafe discharge of a firearm.

The foregoing statement is based upon:

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **01/11/2026**     *C. Roper*
Date (mm/dd/yyyy)     Officer's Signature

☒ Probable cause has been stated for the issuance of a warrant.

Executed on: **01/12/2026**     _____
Date (mm/dd/yyyy)     U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger
**CDL** = Commercial drivers license;     **CMV** = Commercial vehicle involved in incident

## ADDITIONAL SUBJECT INFORMATION

| Telephone Home | Telephone Work |
|---|---|
| | |

Business Address

Scars, Marks, Tattoos

AKA'S

| Occupation | Clothing |
|---|---|
| | |

## ADDITIONAL VEHICLE INFORMATION

Registered Owner                                          ☐ Same as driver

| Stored at | Telephone |
|---|---|
| | |

## LOCATION DESCRIPTION

| Region | Forest | District | State | County | Info. Retrieval Codes |
|---|---|---|---|---|---|
| 03 | 12 | 3 -- MESA | AZ | 13 | 14 |

Incident Location Coordinate (Latitude/Longitude) (ddd:mm:ss / ddd:mm:ss)
33° 39' 56" / -111° 33' 52"

**Property (Whole Dollar Amount)**

| Damage | Stolen | Recovered |
|---|---|---|
| | | |

**Resource (Whole Dollar Amount)**

| Damage | Stolen | Recovered |
|---|---|---|
| | | |

**Timber/Other Forest Products (Volume)**

| Contractual | Permit | Theft |
|---|---|---|
| | | |
| Species | Product | Unit Measure |
| | | |

## INCIDENT TYPE

INTERFERE W/ OFFICIALS

## CASE DISPOSITION

| Case No. | Offense | Court Level |
|---|---|---|
| | | |

Disposition

| Fine | Suspended Fine | Restitution |
|---|---|---|
| | | |
| Sentence (Days) | Suspended Sentence (Days) | Probation (Days) |
| | | |
| Public Service (Hours) | Court Appearance Date (mm/dd/yyyy) | |
| | | |
| Warrant Number | Date Warrant Issued (mm/dd/yyyy) | |
| | | |
| Warrant Bond | Warrant Date of Service (mm/dd/yyyy) | New Case No. |
| | | |



| FOREST | ADDRESS |
|---|---|
| Tonto National Forest | 5140 E Ingram St, Mesa, AZ 85205 |

# USDA Forest Service — STATEMENT OF PROBABLE CAUSE

**CASE NUMBER:** FDVI00DB

I state that on 01/11/2026 while exercising my duties as a Law Enforcement Officer in the District of Arizona

I, USDA Forest Service Law Enforcement Officer (LEO) Roper, was on uniformed patrol with LEO Swann in a marked patrol vehicle within the jurisdiction of the Tonto National Forest.

At approx. 0024 hours I heard gunfire coming from Sycamore Wash while there were hundreds of people recreating there for a special event. Following the sound of gunfire, I drove up a hill near the entrance of Forest Road 403 where I observed a male (later identified by AZ DL as Alex MCKISSON) aiming an AR-15 style rifle at the hill in front of him. This shooting appeared to be reckless and dangerous given the hundreds of people in the surrounding area, including approximately 20 people and 6 vehicles within 50 feet of him, the OHV paths directly surrounding the area where he was shooting, and the hidden trash and rocks that can cause unexpected ricochets.

Upon arrival I quickly exited my vehicle with emergency lights activated. MCKISSON immediately walked away from LEO Swann and I and walked towards the nearby group of 20 people with his rifle slung in front of him. I ordered MCKISSON to stop and drew my firearm. MCKISSON then began to run towards the crowd, actively resisting our commands. MCKISSON then ran through the crowd, placing innocent forest users between himself and the pursuing police, effectively using them as ballistic cover. As I chased MCKISSON through the crowd, I observed him with his hands still on his slung rifle and he turned from facing away from me and began to turn towards me. At this time I grabbed his backpack and attempted to bring him to the ground. Instead, MCKISSON shed his backpack and took off his rifle and threw it by the car, then he again took off running back through the crowd and up a hill. I continued to chase MCKISSON with my gun drawn, announcing myself as the "police" and ordering him to stop.  When MCKISSON ran behind a cluster of vegetation and out of site, I discontinued my foot pursuit for safety reasons.

MCKISSON eventually surrendered himself and he was placed under arrest. During the arrest process MCKISSON continued his threatening and resistant behavior, and general interference. MCKISSON took a studder step while having his handcuffs moved from behind his back to in front of him, as if baiting officers to react to him like he was going to flee again. MCKISSON also failed to provide administrative booking information such as his phone number and his place of birth.

MCKISSON was arrested for violating 36 CFR 261.3 (a), Threatening, resisting, intimidating, or interfering with any forest officer engaged in or on account of the performance of his official duties in the protection, improvement, or administration of the National Forest System is prohibited.

MCKISSON was also charged with 36 CFR 261.4 (b), disorderly conduct, and 36 CFR 261.10 (d), unsafe discharge of a firearm.

The foregoing is based upon:



| USDA | **STATEMENT OF PROBABLE CAUSE** | CASE NUMBER |
|---|---|---|
| **Forest Service** | | FDVI00DB |

  X   My personal observations.
_____ My personal investigation.
_____ Information supplied to me from a fellow officer's observations.
_____ Other (explained above).

I declare under penalty of perjury that the information which I have set forth above and on the face of the Violation Notice is true and correct to the best of my knowledge.

Executed on January 11, 2026

*C. Roper*
_____
*Law Enforcement Officer C. Roper*

Probable Cause has been stated for the issuance of a summons or a warrant for the arrest of the violator named or identified herein.

| January 12, 2026 | | |
|---|---|---|
| *(Date)* | | *(United States Magistrate-Judge)* |

# United States District Court
## Violation Notice
(Rev.1/2019)

| Location Code | Violation Number | Officer Name | Officer No. |
|---|---|---|---|
| A51 | FDVI00DC | Roper | 2331 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged | ☐ CFR  ☐ USC  ☐ STATE CODE |
|---|---|---|
| 01/11/2026 02:49 | FED 36CFR261.4B | |

**Place of Offense:** Lower Sycamore Wash

**Offense Description: Factual Basis for Charge** — HAZMAT ☐
Perform act likely to inflict injury

### DEFENDANT INFORMATION    Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| Mckisson | Alex | Charles |

**Street Address:** [redacted]

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Buckeye | AZ | 85326 | [redacted]/2004 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| [redacted] | | AZ | |

☒ Adult ☐ Juvenile   Sex ☒ M ☐ F

| Hair | Eyes | Height | Weight |
|---|---|---|---|
| Brown | Brown | 5' 2" | 115 |

### VEHICLE   VIN:                                      CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

Forfeiture Amount
Processing Fee

**PAY THIS AMOUNT AT www.cvb.uscourts.gov** → Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Officer's Copy (Pink)

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 01/11/2026 while exercising my duties as a law enforcement officer in the _____ District of AZ

Pursuant to 16USC 551: I USDA Forest Service Law Enforcement Officer (LEO) Roper was on uniformed patrol in a marked patrol vehicle within the jurisdiction of the Tonto National Forest.

At approx. 0024 hours I heard gunfire coming from Lower Sycamore Wash while there were hundreds of people recreating there for a special event. Following the sound of gunfire I drove up a hill near the entrance of Forest Road 403 where I observed a male (later identified by AZ DL as Alex MCKISSON) aiming an AR-15 style rifle at the hill in front of him. This hill was the base of two motor vehicle paths down the hill towards the wash where UTV's frequently speed up and down. Additionally MCKISSON was on the edge of a group of approximately 20 people who were recreating in the area and unassociated with him. This group of people was associated with approximately 6 vehicles that were parked right behind them. A ricochet bullet could easily have hurt or killed any of the surrounding innocent people and any one of the vehicles could have been damaged by the same. Additionally shooting at areas with limited sight distance and where UTV's are known to speed through is also incredibly dangerous and puts lives and property at risk of damage/injury.

After observing that MCKISSON was the only person with a firearm and that he was holding it in a shooting position when I arrived shortly after hearing gunshots I immediately exited my marked patrol vehicle with emergency lights activated. MCKISSON immediately walked away from me and then fled after I ordered him to stop. MCKISSON fled through the group of people with his firearm putting the entire group and the hundreds of people in the wash behind him in jeopardy of being injured/killed in an exchange of gunfire between himself and officers. MCKISSON threw down his backpack and gun when I tried to detain him and he fled into the desert causing a manhunt for him. MCKISSON eventually returned to the scene to turn himself in and he was subsequently arrested.

MCKISSON was arrested for violating 36 CFR 261.4 (b): The following are prohibited when committed intentionally to cause or recklessly to create a substantial risk of causing public alarm nuisance jeopardy or violence: Making an utterance or performing an act that is obscene or threatening or that is made or performed in a manner that is likely to inflict injury or incite an immediate breach of peace.

MCKISSON was also charged with and 36 CFR 261.3 (a) interfering with or resisting a forest officer and 36 CFR 261.10 (d) discharging a firearm in an unsafe manner.

The foregoing statement is based upon:

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01/11/2026           *C. Roper*
              Date (mm/dd/yyyy)     Officer's Signature

☒ Probable cause has been stated for the issuance of a warrant.

Executed on: 01/12/2026           [signature]
              Date (mm/dd/yyyy)    U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger
**CDL** = Commercial drivers license;  **CMV** = Commercial vehicle involved in incident

## ADDITIONAL SUBJECT INFORMATION

| Telephone Home | Telephone Work |
|---|---|
| | |

| Business Address |
|---|
| |

| Scars, Marks, Tattoos |
|---|
| |

| AKA'S |
|---|
| |

| Occupation | Clothing |
|---|---|
| | |

## ADDITIONAL VEHICLE INFORMATION

| Registered Owner | ☐ Same as driver |
|---|---|
| | |

| Stored at | Telephone |
|---|---|
| | |

## LOCATION DESCRIPTION

| Region | Forest | District | State | County | Info. Retrieval Codes |
|---|---|---|---|---|---|
| 03 | 12 | 3 -- MESA | AZ | 13 | 22 |

Incident Location Coordinate (Latitude/Longitude) (ddd:mm:ss / ddd:mm:ss)
33° 39' 56" / -111° 33' 52"

**Property (Whole Dollar Amount)**

| Damage | Stolen | Recovered |
|---|---|---|
| | | |

**Resource (Whole Dollar Amount)**

| Damage | Stolen | Recovered |
|---|---|---|
| | | |

**Timber/Other Forest Products (Volume)**

| Contractual | Permit | Theft |
|---|---|---|
| | | |

| Species | Product | Unit Measure |
|---|---|---|
| | | |

## INCIDENT TYPE

OCCUPANCY USE

## CASE DISPOSITION

| Case No. | Offense | Court Level |
|---|---|---|
| | | |

| Disposition |
|---|
| |

| Fine | Suspended Fine | Restitution |
|---|---|---|
| | | |

| Sentence (Days) | Suspended Sentence (Days) | Probation (Days) |
|---|---|---|
| | | |

| Public Service (Hours) | Court Appearance Date (mm/dd/yyyy) |
|---|---|
| | |

| Warrant Number | Date Warrant Issued (mm/dd/yyyy) |
|---|---|
| | |

| Warrant Bond | Warrant Date of Service (mm/dd/yyyy) | New Case No. |
|---|---|---|
| | | |



# USDA STATEMENT OF PROBABLE CAUSE
## Forest Service

CASE NUMBER
FDVI00DC

| FOREST | ADDRESS |
|---|---|
| Tonto National Forest | 5140 E Ingram St, Mesa, AZ 85205 |

I state that on 01/11/2026 while exercising my duties as a Law Enforcement Officer in the District of Arizona

I, USDA Forest Service Law Enforcement Officer (LEO) Roper, was on uniformed patrol in a marked patrol vehicle within the jurisdiction of the Tonto National Forest.

At approx. 0024 hours I heard gunfire coming from Lower Sycamore Wash while there were hundreds of people recreating there for a special event. Following the sound of gunfire, I drove up a hill near the entrance of Forest Road 403 where I observed a male (later identified by AZ DL as Alex MCKISSON) aiming an AR-15 style rifle at the hill in front of him. This hill was the base of two motor vehicle paths down the hill towards the wash where UTV's frequently speed up and down. Additionally, MCKISSON was on the edge of a group of approximately 20 people who were recreating in the area and unassociated with him. This group of people was associated with approximately 6 vehicles that were parked right behind them. A ricochet bullet could easily have hurt or killed any of the surrounding innocent people, and any one of the vehicles could have been damaged by the same. Additionally, shooting at areas with limited sight distance and where UTV's are known to speed through is also incredibly dangerous and puts lives and property at risk of damage/injury.

After observing that MCKISSON was the only person with a firearm and that he was holding it in a shooting position when I arrived shortly after hearing gunshots, I immediately exited my marked patrol vehicle with emergency lights activated. MCKISSON immediately walked away from me and then fled after I ordered him to stop. MCKISSON fled through the group of people with his firearm, putting the entire group and the hundreds of people in the wash behind him in jeopardy of being injured/killed in an exchange of gunfire between himself and officers. MCKISSON threw down his backpack and gun when I tried to detain him and he fled into the desert, causing a manhunt for him. MCKISSON eventually returned to the scene to turn himself in and he was subsequently arrested.

MCKISSON was arrested for violating 36 CFR 261.4 (b): The following are prohibited when committed intentionally to cause, or recklessly to create a substantial risk of causing, public alarm, nuisance, jeopardy, or violence: Making an utterance or performing an act that is obscene or threatening or that is made or performed in a manner that is likely to inflict injury or incite an immediate breach of peace.

MCKISSON was also charged with, and 36 CFR 261.3 (a), interfering with or resisting a forest officer, and 36 CFR 261.10 (d), discharging a firearm in an unsafe manner.

The foregoing is based upon:



# USDA STATEMENT OF PROBABLE CAUSE
**Forest Service**

CASE NUMBER
FDVI00DC

- [X] My personal observations.
- [ ] My personal investigation.
- [ ] Information supplied to me from a fellow officer's observations.
- [ ] Other (explained above).

I declare under penalty of perjury that the information which I have set forth above and on the face of the Violation Notice is true and correct to the best of my knowledge.

Executed on January 11, 2026

*C. Roper*
_Law Enforcement Officer C. Roper_

Probable Cause has been stated for the issuance of a summons or a warrant for the arrest of the violator named or identified herein.

January 12, 2026
*(Date)*

*(United States Magistrate-Judge)*

# United States District Court
## Violation Notice (Rev.1/2019)

| Location Code | Violation Number | Officer Name | Officer No. |
|---|---|---|---|
| A51 | FDVI00DD | Roper | 2331 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged | ☐ CFR ☐ USC ☐ STATE CODE |
|---|---|---|
| 01/11/2026 02:49 | FED 36CFR261.10D | |

**Place of Offense:** Lower Sycamore Wash

**Offense Description: Factual Basis for Charge** — HAZMAT ☐
Unsafe discharge of firearm

### DEFENDANT INFORMATION
Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| Mckisson | Alex | Charles |

**Street Address:** [redacted]

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Buckeye | AZ | 85326 | [redacted]/2004 |

**Drivers License No.:** [redacted]  CDL ☐  D.L. State: AZ  Social Security No.:

☒ Adult ☐ Juvenile   Sex: ☒ M ☐ F
Hair: Brown   Eyes: Brown   Height: 5' 2"   Weight: 115

### VEHICLE
VIN:                                    CMV ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| | | | | | |

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

Forfeiture Amount
Processing Fee
**PAY THIS AMOUNT AT www.cvb.uscourts.gov** → Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____
Officer's Copy (Pink)

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **01/11/2026** while exercising my duties as a law enforcement officer in the _____ District of **AZ**

Pursuant to 16USC 551: I USDA Forest Service Law Enforcement Officer (LEO) Roper was on uniformed patrol in a marked patrol vehicle within the jurisdiction of the Tonto National Forest.

While working in Lower Sycamore Canyon I heard gunfire coming from Sycamore Wash while there were hundreds of people recreating there for a special event. Following the sound of gunfire I drove up a hill near the entrance of Forest Road 403 where I observed a male (later identified by AZ DL as Alex MCKISSON) aiming an AR-15 style rifle at the hill in front of him. This hill was the base of two motor vehicle paths down the hill towards the wash where UTV's frequently speed up and down. Additionally MCKISSON was on the edge of a group of approximately 20 people who were recreating in the area and unassociated with him. This group of people was associated with approximately 6 vehicles that were parked right behind them. A ricochet bullet could easily have hurt or killed any of the surrounding innocent people and any one of the vehicles could have been damaged by the same. Additionally shooting at areas with limited sight distance and where UTV's are known to speed through is also incredibly dangerous and puts lives and property at risk of damage/injury.

After observing that MCKISSON was the only person with a firearm and that he was holding it in a shooting position when I arrived shortly after hearing gunshots I immediately exited my marked patrol vehicle with emergency lights activated. MCKISSON immediately walked away from me and then fled after I ordered him to stop. MCKISSON fled through the group of people with his firearm putting the entire group and the hundreds of people in the wash behind him in jeopardy of being injured/killed in an exchange of gunfire between himself and officers. MCKISSON threw down his backpack and gun when I tried to detain him and he fled into the desert causing a manhunt for him. MCKISSON eventually returned to the scene to turn himself in and he was subsequently arrested.

MCKISSON was arrested for violating 36 CFR 261.10 (d) discharging a firearm within 150 yards of an occupied area or in any manner or place whereby any person or property is exposed to injury or damage as a result in such discharge.. MCKISSON was also charged with 36 CFR 261.4 (b) disorderly conduct and 36 CFR 261.3 (a) interfering with or resisting a forest officer.

The foregoing statement is based upon:

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **01/11/2026**    *C. Roper*
Date (mm/dd/yyyy)          Officer's Signature

☒ Probable cause has been stated for the issuance of a warrant.

Executed on: **01/12/2026**    _____
Date (mm/dd/yyyy)          U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger
**CDL** = Commercial drivers license;    **CMV** = Commercial vehicle involved in incident

## ADDITIONAL SUBJECT INFORMATION

| Telephone Home | Telephone Work |
|---|---|
| | |

Business Address

Scars, Marks, Tattoos

AKA'S

| Occupation | Clothing |
|---|---|
| | |

## ADDITIONAL VEHICLE INFORMATION

Registered Owner ☐ Same as driver

Stored at                              Telephone

## LOCATION DESCRIPTION

| Region | Forest | District | State | County | Info. Retrieval Codes |
|---|---|---|---|---|---|
| 03 | 12 | 3 -- MESA | AZ | 13 | 14 |

Incident Location Coordinate (Latitude/Longitude) (ddd:mm:ss / ddd:mm:ss)
33° 39' 56" / -111° 33' 52"

**Property (Whole Dollar Amount)**

| Damage | Stolen | Recovered |
|---|---|---|
| | | |

**Resource (Whole Dollar Amount)**

| Damage | Stolen | Recovered |
|---|---|---|
| | | |

**Timber/Other Forest Products (Volume)**

| Contractual | Permit | Theft |
|---|---|---|
| | | |

| Species | Product | Unit Measure |
|---|---|---|
| | | |

## INCIDENT TYPE

INTERFERE W/ OFFICIALS

## CASE DISPOSITION

| Case No. | Offense | Court Level |
|---|---|---|
| | | |

Disposition

| Fine | Suspended Fine | Restitution |
|---|---|---|
| | | |

| Sentence (Days) | Suspended Sentence (Days) | Probation (Days) |
|---|---|---|
| | | |

| Public Service (Hours) | Court Appearance Date (mm/dd/yyyy) |
|---|---|
| | |

| Warrant Number | Date Warrant Issued (mm/dd/yyyy) |
|---|---|
| | |

| Warrant Bond | Warrant Date of Service (mm/dd/yyyy) | New Case No. |
|---|---|---|
| | | |



| USDA | STATEMENT OF PROBABLE CAUSE | CASE NUMBER |
| Forest Service | | FDVI00DD |

| FOREST | ADDRESS |
|---|---|
| Tonto National Forest | 5140 E Ingram St, Mesa, AZ 85205 |

I state that on 01/11/2026 while exercising my duties as a Law Enforcement Officer in the District of Arizona

I, USDA Forest Service Law Enforcement Officer (LEO) Roper, was on uniformed patrol in a marked patrol vehicle within the jurisdiction of the Tonto National Forest.

While working in Lower Sycamore Canyon, I heard gunfire coming from Sycamore Wash while there were hundreds of people recreating there for a special event. Following the sound of gunfire, I drove up a hill near the entrance of Forest Road 403 where I observed a male (later identified by AZ DL as Alex MCKISSON) aiming an AR-15 style rifle at the hill in front of him. This hill was the base of two motor vehicle paths down the hill towards the wash where UTV's frequently speed up and down. Additionally, MCKISSON was on the edge of a group of approximately 20 people who were recreating in the area and unassociated with him. This group of people was associated with approximately 6 vehicles that were parked right behind them. A ricochet bullet could easily have hurt or killed any of the surrounding innocent people, and any one of the vehicles could have been damaged by the same. Additionally, shooting at areas with limited sight distance and where UTV's are known to speed through is also incredibly dangerous and puts lives and property at risk of damage/injury.

After observing that MCKISSON was the only person with a firearm and that he was holding it in a shooting position when I arrived shortly after hearing gunshots, I immediately exited my marked patrol vehicle with emergency lights activated. MCKISSON immediately walked away from me and then fled after I ordered him to stop. MCKISSON fled through the group of people with his firearm, putting the entire group and the hundreds of people in the wash behind him in jeopardy of being injured/killed in an exchange of gunfire between himself and officers. MCKISSON threw down his backpack and gun when I tried to detain him and he fled into the desert, causing a manhunt for him. MCKISSON eventually returned to the scene to turn himself in and he was subsequently arrested.

MCKISSON was arrested for violating 36 CFR 261.10 (d), discharging a firearm within 150 yards of an occupied area, or in any manner or place whereby any person or property is exposed to injury or damage as a result in such discharge. MCKISSON was also charged with 36 CFR 261.4 (b), disorderly conduct, and 36 CFR 261.3 (a), interfering with or resisting a forest officer.

The foregoing is based upon:



| USDA<br>Forest Service | STATEMENT OF PROBABLE CAUSE | CASE NUMBER<br>FDVI00DD |
|---|---|---|

| | |
|---|---|
| X | My personal observations. |
|   | My personal investigation. |
|   | Information supplied to me from a fellow officer's observations. |
|   | Other (explained above). |

I declare under penalty of perjury that the information which I have set forth above and on the face of the Violation Notice is true and correct to the best of my knowledge.

Executed on January 11, 2026

*C. Roper*
_____
*Law Enforcement Officer C. Roper*

Probable Cause has been stated for the issuance of a summons or a warrant for the arrest of the violator named or identified herein.

January 12, 2026
_____        _____
*(Date)*                                                              *(United States Magistrate-Judge)*

# United States District Court
## Violation Notice (Rev.1/2019)

| Location Code | Violation Number | Officer Name | Officer No. |
|---|---|---|---|
| A51 | FDVI00DE | Roper | 2331 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged | ☐ CFR ☐ USC ☐ STATE CODE |
|---|---|---|
| 01/11/2026 02:49 | FED 36CFR261.5H | |

Place of Offense: Lower Sycamore Wash

Offense Description: Factual Basis for Charge — HAZMAT ☐
Possession of fireworks

### DEFENDANT INFORMATION
Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| Mckisson | Alex | Charles |

Street Address: [redacted]

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Buckeye | AZ | 85326 | [redacted] 2004 |

| Drivers License No. | CDL ☐ | D.L. State AZ | Social Security No. |
|---|---|---|---|

☒ Adult ☐ Juvenile  Sex ☒ M ☐ F

| Hair | Eyes | Height | Weight |
|---|---|---|---|
| Brown | Brown | 5' 2" | 115 |

### VEHICLE
VIN:  CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

APPEARANCE IS REQUIRED — APPEARANCE IS OPTIONAL

A ☒ If Box A is checked, you must appear in court. See instructions.
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

Forfeiture Amount: 
Processing Fee:
**PAY THIS AMOUNT AT www.cvb.uscourts.gov** → Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Officer's Copy (Pink)

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 01/11/2026 while exercising my duties as a law enforcement officer in the _____ District of AZ

Pursuant to 16USC 551: I USDA Forest Service Law Enforcement Officer
(LEO) Roper was on uniformed patrol with LEO Swann in a marked patrol
vehicle within the jurisdiction of the Tonto National Forest.

At
approx. 0024 hours I heard gunfire coming from Sycamore Wash while there
were hundreds of people recreating there for a special event. Following
the sound of gunfire I drove up a hill near the entrance of Forest Road
403 where I observed a male (later identified by AZ DL as Alex MCKISSON)
aiming an AR-15 style rifle at the hill in front of him. This shooting
appeared to be reckless and dangerous given the hundreds of people in
the surrounding area including approximately 20 people and 6 vehicles
within 50 feet of him the OHV paths directly surrounding the area where
he was shooting and the hidden trash and rocks that can cause unexpected
ricochets.

Upon arrival I quickly exited my vehicle with emergency
lights activated. MCKISSON immediately walked away from LEO Swann and I
and walked towards the nearby group of 20 people with his rifle slung in
front of him. I ordered MCKISSON to stop and drew my pistol. I caught up
with MCKISSON after he ran through the crowd and grabbed his backpack.
MCKISSON shed his backpack and dropped it as he continued to run away.
After discontinuing the foot pursuit I recovered the backpack. Inside
the backpack I located ammunition matching the rifle that MCKISSON was
in possession of MCKISSON's driver's license alcohol and approximately 4
unspent fireworks. Fireworks and explosives are prohibited all year
round on National Forest System lands for fire and natural resource
safety.

MCKISSON was arrested for violating 36 CFR 261.5 (h)

The foregoing statement is based upon:

I declare under penalty of perjury that the information which I have set forth above
and on the face of this violation notice is true and correct to the best of my
knowledge.

Executed on: 01/11/2026   *C. Roper*
Date (mm/dd/yyyy)   Officer's Signature

☒ Probable cause has been stated for the issuance of a warrant.

Executed on: 01/12/2026   _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger
**CDL** = Commercial drivers license;   **CMV** = Commercial vehicle involved in incident

## ADDITIONAL SUBJECT INFORMATION

| Telephone Home | Telephone Work |
|---|---|
| | |

| Business Address |
|---|
| |

| Scars, Marks, Tattoos |
|---|
| |

| AKA'S |
|---|
| |

| Occupation | Clothing |
|---|---|
| | |

## ADDITIONAL VEHICLE INFORMATION

| Registered Owner | ☐ Same as driver |
|---|---|
| | |

| Stored at | Telephone |
|---|---|
| | |

## LOCATION DESCRIPTION

| Region | Forest | District | State | County | Info. Retrieval Codes |
|---|---|---|---|---|---|
| 03 | 12 | 3 -- MESA | AZ | 13 | 14 |

Incident Location Coordinate (Latitude/Longitude) (ddd:mm:ss / ddd:mm:ss)
33° 39' 56" / -111° 33' 52"

**Property (Whole Dollar Amount)**

| Damage | Stolen | Recovered |
|---|---|---|
| | | |

**Resource (Whole Dollar Amount)**

| Damage | Stolen | Recovered |
|---|---|---|
| | | |

**Timber/Other Forest Products (Volume)**

| Contractual | Permit | Theft |
|---|---|---|
| | | |

| Species | Product | Unit Measure |
|---|---|---|
| | | |

## INCIDENT TYPE

INTERFERE W/ OFFICIALS

## CASE DISPOSITION

| Case No. | Offense | Court Level |
|---|---|---|
| | | |

| Disposition |
|---|
| |

| Fine | Suspended Fine | Restitution |
|---|---|---|
| | | |

| Sentence (Days) | Suspended Sentence (Days) | Probation (Days) |
|---|---|---|
| | | |

| Public Service (Hours) | Court Appearance Date (mm/dd/yyyy) |
|---|---|
| | |

| Warrant Number | Date Warrant Issued (mm/dd/yyyy) |
|---|---|
| | |

| Warrant Bond | Warrant Date of Service (mm/dd/yyyy) | New Case No. |
|---|---|---|
| | | |



# USDA Forest Service
## STATEMENT OF PROBABLE CAUSE

CASE NUMBER
FDVI00DE

| FOREST | ADDRESS |
|---|---|
| Tonto National Forest | 5140 E Ingram St, Mesa, AZ 85205 |

I state that on 01/11/2026 while exercising my duties as a Law Enforcement Officer in the District of Arizona

I, USDA Forest Service Law Enforcement Officer (LEO) Roper, was on uniformed patrol with LEO Swann in a marked patrol vehicle within the jurisdiction of the Tonto National Forest.

At approx. 0024 hours I heard gunfire coming from Sycamore Wash while there were hundreds of people recreating there for a special event. Following the sound of gunfire, I drove up a hill near the entrance of Forest Road 403 where I observed a male (later identified by AZ DL as Alex MCKISSON) aiming an AR-15 style rifle at the hill in front of him. This shooting appeared to be reckless and dangerous given the hundreds of people in the surrounding area, including approximately 20 people and 6 vehicles within 50 feet of him, the OHV paths directly surrounding the area where he was shooting, and the hidden trash and rocks that can cause unexpected ricochets.

Upon arrival I quickly exited my vehicle with emergency lights activated. MCKISSON immediately walked away from LEO Swann and I and walked towards the nearby group of 20 people with his rifle slung in front of him. I ordered MCKISSON to stop and drew my pistol. I caught up with MCKISSON after he ran through the crowd and grabbed his backpack. MCKISSON shed his backpack and dropped it as he continued to run away. After discontinuing the foot pursuit, I recovered the backpack. Inside the backpack I located ammunition matching the rifle that MCKISSON was in possession of, MCKISSON's driver's license, alcohol, and approximately 4 unspent fireworks. Fireworks and explosives are prohibited all year round on National Forest System lands for fire and natural resource safety.

MCKISSON was arrested for violating 36 CFR 261.5 (h), possessing or using an exploding target or any kind of firework or other pyrotechnic device.

MCKISSON was also charged with 36 CFR 261.3 (a), resisting/interfering with a forest officer, 36 CFR 261.4 (b), disorderly conduct, and 36 CFR 261.10 (d), unsafe discharge of a firearm.

The foregoing is based upon:



# USDA  STATEMENT OF PROBABLE CAUSE
**Forest Service**

CASE NUMBER
FDVI00DE

| | |
|---|---|
| _X_ | My personal observations. |
| ___ | My personal investigation. |
| ___ | Information supplied to me from a fellow officer's observations. |
| ___ | Other (explained above). |

I declare under penalty of perjury that the information which I have set forth above and on the face of the Violation Notice is true and correct to the best of my knowledge.

Executed on January 11, 2026

*C. Roper*
_____
*Law Enforcement Officer C. Roper*

Probable Cause has been stated for the issuance of a summons or a warrant for the arrest of the violator named or identified herein.

January 12, 2026
_____
*(Date)*

_____
*(United States Magistrate-Judge)*